UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARWAN MOHAMMED AHMED MAROUF,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 1:25-CV-212-H

## ORDER

Before the Court is the petitioner's unopposed motion to extend time to file a reply to the respondents' response to the petition for a writ of habeas corpus. Dkt. No. 13. The petitioner represents that an extension is warranted because he has an upcoming immigration hearing that "could materially impact the operative detention authority." *Id.* at 1. The Court, finding good cause for an extension, grants the motion. *See* Fed. R. Civ. P. 6(b)(1). The petitioner may file his reply to the response by no later than December 1, 2025.

So ordered on November 12, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE